UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

RYAN M. CLANCY,

    Plaintiff,

v.                                           Case No. 21-CV-881

CITY OF MILWAUKEE, *et al.*,

    Defendants.

_____

**NOTICE OF REMOVAL**
_____

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Milwaukee County, through its undersigned counsel, as and for its Notice of Removal, sets forth the following short and plain statement of the grounds for removal of this action from the Milwaukee County Circuit Court.

    1.    On June 4, 2021, plaintiff, Ryan M. Clancy, filed this action, captioned *Ryan M. Clancy v. City of Milwaukee, et al.*, in the Milwaukee County Circuit Court under Case No. 21-CV-3328. As required under 28 U.S.C. §1446(a), Milwaukee County attaches hereto as Exhibit 1 copies of all process, pleadings, and orders served upon Milwaukee County in this action.

    2.    Milwaukee County was served with the summons and complaint in this case on July 1, 2021. Upon information and belief, the only other named defendant, the City of Milwaukee, was also served with the summons and complaint on July 1, 2021.

    3.    The removal of this action is timely, as this Notice of Removal is filed within thirty days of service of the summons and complaint on the named defendants. *See* 28 U.S.C. § 1446(b)(1).

4. Further, each of the named defendants joins in and consents to the removal of this action. *See* 28 U.S.C. § 1446(b)(2). Specifically, defendant Milwaukee County consents to and joins in this removal via this Notice of Removal. Further, defendant the City of Milwaukee consents to and joins in this removal by separate notice filed contemporaneously with this Notice of Removal.

5. This action is removable under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original jurisdiction and because this case is being removed to the United States District Court for the district and division embracing the place where the action is pending. *See* 28 U.S.C. § 1441(a).

6. This Court has original jurisdiction over this action because the claims asserted herein arise under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331. Specifically, plaintiff asserts claims pursuant to 42 U.S.C. § 1983 for the alleged violation of his rights under the Fourth and Fourteenth Amendments to the United States Constitution. (*See* Ex. 1, Complaint, ¶¶ 1, 35-56.)

7. Written notice of the filing of this Notice of Removal will be promptly provided to plaintiff and filed with the Milwaukee County Circuit Court.

WHEREFORE, defendant Milwaukee County respectfully submits this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Dated at Milwaukee, Wisconsin this 28th day of July, 2021.

HANSEN REYNOLDS LLC

/s/ Andrew A. Jones
Andrew A. Jones
301 N. Broadway, Suite 400
Milwaukee, WI 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
ajones@hansenreynolds.com

*Attorneys for Defendant Milwaukee County*
