# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | July 12, 2022 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 21-cv-0881-bhl |
| CASE NAME: | Clancy v. City of Milwaukee et al |
| MATTER: | Status Conference |
| APPEARANCES: | Frankie J Wermerskirchen, Attorney for Plaintiff |
| | Stacy Miller, appearing on behalf of Anthony Jackson, Attorney for Defendants |
| TIME: | [10:01 – 10:20] |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 46**

---

Counsel for the parties reported on the status of the case and on the July 1, 2022 stipulated motion for an order extending the deadlines under the Scheduling Order, ECF No. 23. Parties offered reasons why excusable neglect and good cause exist for re-setting scheduling order deadlines, some of which had elapsed well before the parties' stipulated motion.

For the reasons stated on the record, **IT IS HEREBY ORDERED** that the Court will grant the stipulated motion in part. The Scheduling Order, ECF No. 23, is amended as follows. All discovery is to be completed on or before **September 1, 2022**. Primary expert witness disclosures are due on or before **August 1, 2022**. Rebuttal expert witness disclosures are due on or before **September 16, 2022**. Motions for summary judgment are due on or before **October 1, 2022**. The final pretrial conference, previously set for November 17, 2022 at 10:00 A.M., is re-set for **April 6, 2023 at 1:00 P.M.** The jury trial, previously set for December 5–9, 2022, is re-set for **April 17–19, 2023**.

Dated at Milwaukee, Wisconsin on July 12, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge